IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL JIBRIL HEIZMAN,** | : | |
| Plaintiff | : | No. 1:20-cv-01565 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JILLIAN CUFFARO and** | : | |
| **RUSSELL HEWITT,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 1st day of June 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Cuffaro's motion to dismiss (Doc. No. 42) is **GRANTED IN PART AND DENIED IN PART**;

2. Defendant Hewitt's motion to dismiss (Doc. No. 57) is **GRANTED**;

3. All claims arising from assaults that allegedly occurred in 2017, all claims arising from a disciplinary hearing that allegedly occurred in 2018, and all claims against Defendant Hewitt are **DISMISSED WITH PREJUDICE**;

4. Plaintiff's motion to rebuke (Doc. No. 59) the motions to dismiss is **DENIED AS MOOT**; and

5. Within fourteen (14) days of the date of this Order, Defendant Cuffaro shall respond to the allegations in Plaintiff's second amended complaint in accordance with the Federal Rules of Civil Procedure.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania